No. 82–1253. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. v. BARTLETT, 465 U. S. 463. Application of

Counties of Dewey et al. to direct the Clerk to file a petition for rehearing submitted by *amici curiae* denied.